# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0683
_____

KEN SULLIVAN,

Appellant,

v.

WALT DISNEY PARKS & RESORTS,
U.S. INC/WALT DISNEY PARKS &
RESORTS, U.S. INC. WORKERS'
COMPENSATION DEPT.,

Appellees.

_____

On appeal from the Office of the Judges of Compensation Claims.
Jill E Jacobs, Judge.

Date of Accident: October 5, 2014.


February 12, 2024

PER CURIAM.

AFFIRMED.

B.L. THOMAS, ROWE, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Charles H. Leo of Charles H. Leo, P.A., Orlando, for Appellant.

William H. Rogner of HR Law, P.A., Orlando, for Appellees.